1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERIES LLC,<br><br>               Petitioner,<br><br>   v.<br><br>DEAN DECKER,<br><br>               Respondent. | Case No.  2:21-cv-07828-FLA (RAOx)<br><br>**JUDGMENT CONFIRMING ARBITRATION AWARD [DKT. 34]** |

The court, having fully considered Petitioner Jefferies LLC's ("Petitioner") Petition to Confirm Arbitration Award ("Petition") and Memorandum of Points and Authorities in Support of Petition to Confirm Arbitration Award, proof being made to the satisfaction of the court, and good cause appearing, hereby GRANTS the Petition and ENTERS final judgment for Petitioner and against Respondent Dean Decker ("Respondent").

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED, and DECREED as follows:

1. Pursuant to 9 U.S.C. § 9, the September 30, 2021 Arbitration Award in *Jefferies LLC v. Dean Decker*, FINRA No. 18-00553 (the "Award"), attached as Exhibit A to the Petition, is hereby CONFIRMED.

2. The court enters Judgment upon the Award in favor of Petitioner and against Respondent in the amount of $4,000,000.00, plus:

    a. Post-Award, pre-judgment interest at the rate of 10% per annum from the date of the Award until the date of entry of this judgment. *See* FINRA Rule 13904(j); Cal. Civ. Code § 3289; and

    b. Post-judgment interest at the legal rate pursuant to 28 U.S.C. § 1961, until the Judgment is fully paid.

Dated: May 25, 2023

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge